IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| **DWS INTERNATIONAL, INC. dba MARBLE DIMENSIONS WORLDWIDE,** | : | CASE NO.  3:09-cv-458 |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : | |
| v. | : | AMENDED FINAL JUDGMENT ENTRY |
| **MEIXIA ARTS AND HANDICRAFTS CO. LTD.,** *et al.*, | : | |
| Defendants. | : | |

This action was tried before a duly impaneled Jury with the Honorable Thomas M. Rose presiding.  The Jury has rendered its verdicts, and based upon these verdicts, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff, DWS International, Inc. d/b/a Marble Dimensions Worldwide, recover from Defendant, Home Casual, LLC, the total amount of $1,750,000.00 ($1,500,000.00 in compensatory damages and $250,000.00 in punitive damages), attorneys' fees, plus post judgment interest pursuant to 28 U.S.C. § 1961 and costs pursuant to 28 U.S.C. § 1920.  The amount of attorneys' fees due to the Plaintiff will be separately determined by this Court.[1]

It is further ORDERED, pursuant to Fed. Rule Civ. P. 54, that this Judgment Entry represents a final appealable order and the same is entered, there being no just reason for delay.

---

[1]  In accordance with Fed. Rule Civ. P. 54(b), a separate Judgment Entry relating to Defendant, Meixia Arts and Handicrafts, Ltd., will also be entered at an appropriate later time.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Fifth day of July, 2011.

                                               **s/Thomas M. Rose**

                                        THOMAS M. ROSE
                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record