UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**DWS INTERNATIONAL, INC.,**
dba **MARBLE DIMENSIONS**
**WORLDWIDE, INC.,**

        **Plaintiff,**

-v-

**MEIXIA ARTS AND HANDICRAFTS,**
**CO., LTD., et al.,**

        **Defendants.**

Case No. C-3:09-cv-458

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

**ENTRY AND ORDER GRANTING MDW'S MOTION TO DISMISS ANY AND ALL CLAIMS BETWEEN MDW AND HOME CASUAL WITH PREJUDICE (Doc. #343)**

---

      On October 24, 2012, Plaintiff Marble Dimensions Worldwide ("MDW") filed a Motion To Dismiss with prejudice any and all claims between MDW and Defendant Home Casual, LLC ("Home Casual"). This Motion was filed pursuant to a settlement agreement between MDW and Home Casual. This Motion applies only to any and all claims between MDW and Home Casual and does not apply to MDW's claims against Defendant Meixia Arts and Handicrafts Co. Ltd. ("Meixia").

      The time has run and there has been no response to this Motion. It is, therefore, ripe for decision.

      For good cause shown, MDW's Motion To Dismiss (doc. #343) is GRANTED. Any and all claims between MDW and Home Casual in the above-captioned case are dismissed with prejudice.  MDW's claims against Meixia are not dismissed.

**DONE** and **ORDERED** in Dayton, Ohio, this Third Day of December, 2012.

                      **s/Thomas M. Rose**

                  _____
                     THOMAS M. ROSE
                UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record