UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**DWS INTERNATIONAL, INC.,**
**dba MARBLE DIMENSIONS**
**WORLDWIDE, INC.,**

        **Plaintiff,**

-v-

**MEIXIA ARTS AND HANDICRAFTS,**
**CO., LTD., et al.,**

        **Defendants.**

Case No. C-3:09-cv-458

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

### ENTRY AND ORDER OVERRULING MDW'S MOTION FOR ORDER TO AID EXECUTION OF JUDGMENT AGAINST MEIXIA (Doc. #346) WITHOUT PREJUDICE

---

Now before the Court is a Motion for Order To Aid In Execution of Judgment Against Meixia filed by DWS International, Inc. d/b/a Marble Dimensions Worldwide ("MDW"). (Doc. #346.) Therein MDW asks this Court to order Meixia to pay MDW $20,000 immediately and $100,000 within two (2) days of receiving funds from Yotrio.

This Court has previously entered default judgment against Meixia and found that Meixia and Home Casual are jointly and severally liable for $1,500,000 in compensatory damages. (Doc. #342.) Further, MDW's claims against Home Casual have been dismissed pursuant to a settlement agreement between MDW and Home Casual. (Doc. #345.)

Yet, the Court is not aware of how much, if any, of the joint and several liability has been satisfied by Home Casual. Therefore, the Court is unable, at this time, to order an execution of judgment against Meixia in any amount. Thus, MDW's Motion for Order To Aid In Execution of Judgment Against Meixia is OVERRULED without prejudice to refiling.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Second Day of May, 2013.

                                                          **s/Thomas M. Rose**

                                          _____
                                             THOMAS M. ROSE
                                UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
and by electronic mail to Bill Job at bill.job@meixia.com; jobglass@me.com
and by mail to Meixia Arts and Handicrafts Co., Ltd.